| | |
|---|---|
| JUAN FLORES ET AL | Index #: CV12-5581 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| 514 FIOTO PROPERTY CORP. D/B/A KELLOGG'S DINER ET AL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |
| | Attorney File #1: 52687 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER W DANIELS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 29, 2012 at 09:31 AM at

514 METROPOLITAN AVENUE
BROOKLYN, NY11211

deponent served the within true copy of the SUMMONS & COMPLAINT on 514 FIOTO PROPERTY CORP. D/B/A KELLOGG'S DINER, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to THEODORA FIOTOS personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 37 | 5'10 | 200 |

Sworn to me on: November 30, 2012

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2014 | Robin Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2013 | GOTHAM PROCESS INC.<br>299 BROADWAY<br>NEW YORK NY 10007 | **CHRISTOPHER W DANIELS**<br>License #: 1288432<br>Docket #:    *838820* |